JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OMAR CRUZ, | ) | NO. CV 16-422-PA (KS) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| D. DAVEY, | ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 8, 2017

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE